UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CENTRAL TRANSPORT LLC, | |
| Plaintiff, | CIVIL ACTION NO. 3:23-cv-00951 |
| v. | (SAPORITO, J.) |
| JOSE HERNANDEZ and TRISTATE TRANSPORT, LLC, | FILED SCRANTON OCT 0 7 2025 PER JKC DEPUTY CLERK |
| Defendants. | |

## ORDER

AND NOW, this 7th day of October, 2025, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The clerk shall **OPEN** a new case number, assigned to the undersigned as presiding United States district judge, and **FILE** the "Consent Notice of Removal and Consent Motion to Consolidate" (Doc. 36), submitted by counsel for putative plaintiff Agibu Sesay, to that new case number, docketing it as a Notice of Removal, noting on the docket of the new case that it pertains to the state-court case, *Sesay v. Hernandez*, Case No. 2025-03100 (Luzerne Cnty. (Pa.) Ct. Com. Pl. filed Mar. 13, 2025), and noting on the docket of the new case that the appropriate filing and administrative fees have been paid;

2. In the new case, the clerk shall file a separate copy of the "Consent Notice of Removal and Consent Motion to Consolidate" (Doc. 36), docketing it as a Motion to Consolidate that new case with the above-captioned existing case; and

3. The "Consent Notice of Removal and Consent Motion to Consolidate" (Doc. 36) and notice of appearance (Doc. 37) filed in the above-captioned existing case shall be **DEEMED STRICKEN** and Agibu Sesay shall be **TERMINATED** as a party to this action.

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge